# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUAN ANTONIO VAZQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-0039 (RJL) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this
29th day of August 2012,

**ORDERED** that Defendants' Renewed Motion for Summary Judgment [Dkt. #

40] is **GRANTED**; it is further

**ORDERED** that Plaintiff's Request for Judicial Notice [Dkt. # 43] is

**GRANTED**; it is

**FURTHER ORDERED** that Plaintiff's Cross Motion for Summary Judgment

[Dkt. # 44] is **DENIED**; and it is further

**ORDERED** that judgment is entered for the Defendants. This is a final

appealable Order.

RICHARD J. LEON
United States District Judge